IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN LLOYD,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN E. WETZEL, MELINDA ADAMS, EDWARD WHITTMEN, GEORGE M. LITTLE, JODI HOFFMAN,<br><br>      Defendants. | 2:21-CV-01853-CCW |

## **MEMORANDUM OPINION**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 30, 2023, the Magistrate Judge issued a Report, ECF No. 40, recommending that Defendants John E. Wetzel, Melinda Adams, Edward Whittmen, and George M. Little's Motion to Dismiss, ECF No. 24, be granted; Plaintiff Justin Lloyd's First Amended Complaint, ECF No. 16, be dismissed without prejudice with respect to those defendants; and Mr. Lloyd be given leave to file a Second Amended Complaint to address the deficiencies identified in the Report and Recommendation ("R&R"). Service of the R&R was made on the parties, and Mr. Lloyd has filed Objections. *See* ECF No. 49.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

The First Amended Complaint, ECF No. 16, is hereby dismissed without prejudice with respect to Defendants John E. Wetzel, Melinda Adams, Edward Whittmen, and George M. Little, the R&R, ECF No. 40, is adopted as the Opinion of the District Court, and Mr. Lloyd may file a Second Amended Complaint on or before **July 7, 2023**. If Mr. Lloyd chooses to file such a document, his Second Amended Complaint must encompass all remaining claims and parties in one stand-alone document and must set forth specific allegations against every named defendant.

IT IS SO ORDERED.

DATED this 16th day of June, 2023.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record